# MEMORANDUM DECISIONS

CITY OF URBANA, OHIO, v. KIRBY. (Circuit Court of Appeals, Sixth Circuit. May 2, 1911.) No. 2,088. Appeal from the Circuit Court of the United States for the Southern District of Ohio. See, also, 174 Fed. 348. Stephens, Lincoln & Stephens, L. D. Johnson, and Harold W. Houston, for appellant. Thornton M. Hinkle, Ernst, Cassatt & Cottle, and Thomas J. Frank, for appellee.

PER CURIAM. Appeal dismissed, on stipulation of counsel.

ELKINS ELECTRIC RY. CO. v. WESTERN MARYLAND RY. CO. et al. (Circuit Court of Appeals, Fourth Circuit. May 2, 1911.) No. 1,020. Appeal from the Circuit Court of the United States for the Northern District of West Virginia, at Philippi. W. B. Maxwell. for appellant. B. A. Richmond and E. A. Bowers, for appellees. Before PRITCHARD, Circuit Judge, and BRAWLEY and CONNOR, District Judges.

PRITCHARD, Circuit Judge. The learned judge who heard this case below prepared an exhaustive opinion clearly setting forth the various points at issue. We have carefully considered the record and the evidence that was heard by the court below, and in view of the facts and circumstances surrounding this case we are of opinion that the rulings of the lower court were eminently proper. Inasmuch as the opinion of the lower court, reported in 163 Fed. 724, contains a full statement of the facts and deals with the various questions of law presented, we adopt the same as the opinion of this court. For the reasons stated, the decree of the lower court is affirmed.

FREDERICKSON v. ATCHISON, T. & S. F. RY. CO. (Circuit Court of Appeals, Ninth Circuit. May 1, 1911.) No. 1,951. In Error to the Circuit Court of the United States for the Southern Division of the Southern District of California. See, also, 177 Fed. 206. Burt Chellis and Harris & Swanwick, for plaintiff in error. E. W. Camp, U. T. Clotfelter, and A. H. Van Cott, for defendant in error.

PER CURIAM. On motion of Mr. E. W. Camp, counsel for the defendant in error, and good cause therefor appearing, ordered, writ of error in above-entitled cause dismissed.